**FILED**
**MARCH 27, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1787**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**JUDGE COAR**
**MAGISTRATE JUDGE BROWN**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff:**
ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO

**Defendant:**
BRICKCRAFT, INC.

**J. N.**

County of Residence:   COOK

Plaintiff's Atty:   Michele M. Reynolds
Dowd, Bloch & Bennett
8 S. Michigan Ave., 19th Fl.
Chicago, IL  60603
(312) 372-1361

II. Basis of Jurisdiction:   **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
   Plaintiff:  **- N/A**
   Defendant: **- N/A**

IV. Origin:   **1. Original Proceeding**

V. Nature of Suit:   **720  Labor/Mgmt. Relations**

VI. Cause of Action:   **29 U.S.C. § 185 - Breach of labor contract.**

VII. Requested in Complaint
   Class Action:   No
   Dollar Demand:  N/A
   Jury Demand:   No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:    /s/ Michele M. Reynolds      Date:    March 27, 2008
           Michele M. Reynolds