FILED
MARCH 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01787    Document 3    Filed 03/27/2008    Page 1 of 1

08 C 1787

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE COAR**
**MAGISTRATE JUDGE BROWN**

| In the Matter of | Case Number: |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED ,CRAFTWORKERS, AFL-CIO, | |
| Plaintiff, | |
| v. | |
| BRICKCRAFT, INC., | **J. N.** |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO

| SIGNATURE | /s/ Michele M. Reynolds |
|---|---|
| FIRM | Dowd, Bloch & Bennett |
| STREET ADDRESS | 8 S. Michigan Avenue, 19th Floor |
| CITY/STATE/ZIP | Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    0623 7957 | TELEPHONE NUMBER    (312) 372-1361 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐