FILED
MARCH 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1787

JUDGE COAR
MAGISTRATE JUDGE BROWN

J. N.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED ,CRAFTWORKERS, AFL-CIO, | |

Plaintiff,

v.

BRICKCRAFT, INC.,

Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO

| SIGNATURE         /s/ Steven W. Jados |
|---|
| FIRM         Dowd, Bloch & Bennett |
| STREET ADDRESS         8 S. Michigan Avenue, 19th Floor |
| CITY/STATE/ZIP         Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   0628 9821 | TELEPHONE NUMBER   (312) 372-1361 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☐   NO ☒ |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐ NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |