## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1787              Assigned/Issued By: J. N.

Judge Name: COAR                   Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____                    Receipt #: 2648339_____

Date Payment Rec'd: 3-27-08_____         Fiscal Clerk: J. N._____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____                 ☐ Other
      *(Type of Writ)*                 _____
                                       _____
                                       *(Type of issuance)*

1____ Original and  0_____ copies on  3/27/08_____ as to  DEFENDANT_____
                                        (Date)