UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

**08 C 1787**

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO, <br><br>　　　　　　　　Plaintiff, <br><br>　　v. <br><br> BRICKCRAFT, INC., <br><br>　　　　　　　　Defendant. | Docket Number: _____ <br><br> Assigned Judge: **JUDGE COAR** ~~MAGISTRATE JUDGE BROWN~~ <br><br> Designated <br> Magistrate Judge: _____ |

TO: (Name and address of defendant)

　　　　　Brickcraft, Inc.
　　　　　c/o Anthony Spendoria, Reg. Agent
　　　　　329 Chatelaine Ct.
　　　　　Willowbrook, IL  60527

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　　　　Michele M. Reynolds
　　　　　Dowd, Bloch & Bennett
　　　　　8 South Michigan Avenue, 19th Floor
　　　　　Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

Date

**March 27, 2008**
Date

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

[_]   Served personally upon the defendant. Place where served: _____

[_]   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[_]   Returned unexecuted: _____

[_]   Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                              Signature of Server

                                                    _____
                                                           Address of Server

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO vs. Brickcraft, Inc.

CASE NUMBER: 08 C 1787

## AFFIDAVIT OF PROCESS SERVER

I, **John St. John**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Service & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Brickcraft, Inc. c/o its Registered Agent Anthony Spendoria** at his/her usual place of abode located at **329 Chatelaine Court, Willowbrook, IL 60527** on **04/02/2008** at **12:50 PM**. Description: Sex: Male – Age: 65 – Skin: White – Hair: Gray – Height: 5.10 – Weight: 190 Comments: Wearing glasses.

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

_X_____
John St. John

Subscribed and sworn to before me on this
___ day of _____, 20__.

_____ Notary Public

11565