UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,** ) ) ) ) | |
| ) | **Case No. 08 C 1787** |
| **Plaintiff,** ) | |
| ) | **Judge David H. Coar** |
| v. ) | |
| ) | **Magistrate Judge Brown** |
| **BRICKCRAFT, INC.,** ) ) | |
| **Defendant.** ) | |

### NOTICE OF MOTION

TO:  Brickcraft, Inc.
      c/o Anthony Spendoria, Registered Agent
      329 Chatelaine Court
      Willowbrook, IL 60527

PLEASE TAKE NOTICE that on **Tuesday, May 6, 2008** at **9:00 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable David H. Coar, or any judge sitting in his place, at the courtroom usually occupied by him, in Courtroom 1419 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illlinois, 60604, and present the Union's Motion for Default Judgment and Entry of Final Order, a copy of which is attached and served upon you.

Respectfully submitted,

By:  s/Steven W. Jados

Steven W. Jados
Attorney for
Illinois District Council No. 1 of
the International Union of Bricklayers
and Allied Craftworkers, AFL-CIO

Barry M. Bennett
Michele M. Reynolds
Lakisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603
(312) 372-1361