

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1787 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Illinois District Council #1 vs. Brickcraft, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/6/2008 regarding # 10. Plaintiff's Motion [10] for Default Judgment and entry of final order is Granted. Enter order as amended. Enter Judgment in favor of the plaintiff and against the defendant in the sum of $1,646.25. The defendant is ordered to obtain and furnish to the Union a surety bond or cash bond in the sum of $15,000.00. The Court retains jurisdiction to resolve any disputes concerning compliance. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02



| | Courtroom Deputy Initials: | PAMF |
|---|---|---|