

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS DISTRICT COUNCIL NO. 1 OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>BRICKCRAFT, INC.,<br><br>Defendant. | )<br>)<br>)<br>)  Case No. 08 C 1787<br>)<br>)  Judge David H. Coar<br>)<br>)  Magistrate Judge Brown<br>)<br>)<br>)<br>) |

## ORDER

This matter came before the Court on a Motion for Default Judgment and Entry of Final Order filed on behalf of Plaintiff Illinois District Council No. 1 of the International Union of Bricklayers and Allied Craftworkers, AFL-CIO ("Union"). The Court has examined Plaintiff's submissions and is fully informed, and it appears good cause exists for granting Plaintiff's motion.

Therefore, IT IS ORDERED as follows:

1. The Union's motion for default judgment and entry of final order against Brickcraft, Inc., is granted;

2. Brickcraft, Inc., is ordered to obtain and furnish to the Union a surety bond for $15,000.00 in the form provided as Exhibit A to the complaint, or in the alternative, to pay $15,000.00 to the Union to serve as a cash bond;

3. Brickcraft, Inc., is ordered to pay to the Union the sum of $1,646.25, comprising $1,156.25 for attorneys' fees and $490.00 for costs;

4. ~~Brickcraft, Inc., is ordered to cease all work within the geographic and craft jurisdiction~~

of the Union, regardless of the name or business form under which Brickcraft, Inc., operates, until it furnishes the bond and reimburses the above attorneys' fees and costs; and

    5. The Court retains jurisdiction of this case to resolve any disputes concerning compliance.

SO ORDERED:

_____
Judge David H. Coar

Dated: 5/6/08